UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CALVIN EARL BROWN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER KNOX, *Clerk of Superior* )<br>*Court of Wake County* )<br>        Defendant. ) | **JUDGMENT**<br>4:19-cv-108-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 26, 2019, and for the reasons set forth more specifically therein, that this action is dismissed.

**This Judgment Filed and Entered on August 26, 2019, and Copies To:**
Calvin Earl Brown (via US mail) 31 Cherry Lane, Chocowinity, NC 27817

August 26, 2019                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk