IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CV-108-FL

| | | |
|---|---|---|
| CALVIN EARL BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JENNIFER KNOX, Clerk of Superior Court of Wake County, | ) ) ) ) | ORDER |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion for reconsideration (DE 11) of the court's order adopting the report and recommendations of United States Magistrate Judge. Where the court already has considered and rejected the arguments raised, and where plaintiff's motion does not demonstrate a basis for reconsideration, the instant motion is DENIED. Moreover, where the court already considered and rejected the same arguments raised in prior case, Brown v. Superior Court of Wake County, Court Admin., 4:18-CV-199-FL (E.D.N.C. April 25, 2019), aff'd No. 19-1500, 2019 WL 3239670 (4th Cir. July 18, 2019), including in four separate motions for reconsideration filed therein, the court will not entertain any further such motions for reconsideration, and any such motions summarily may be denied. Furthermore, the court CAUTIONS plaintiff that any motions for leave to proceed in forma pauperis presenting claims on the same basis as the instant lawsuit and plaintiff's prior lawsuit may be dismissed summarily as repetitive and vexatious, under 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED, this the 11th day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge